1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD WILSON,                    )
                                      )        2:07-cv-856-GEB-JFM
12                  Plaintiff,        )
                                      )
13            v.                      )        ORDER RE: SETTLEMENT
                                      )        AND DISPOSITION
14  JOSEPH MORENO dba WREN'S CAFE,    )
    et al.,                           )
15                                    )
                    Defendants.       )
16  _____ )

17          On July 26, 2007, Plaintiff filed a Notice of Settlement

18  which states "the aforementioned matter . . . has been resolved"

19  and "[t]he parties anticipate filing a request for dismissal within

20  three weeks."  Therefore, a dispositional document shall be filed

21  no later than August 15, 2007.  Failure to respond by this deadline

22  may be construed as consent to dismissal of this action without

23  prejudice, and a dismissal order could be filed.  See L.R. 16-

24  160(b) ("A failure to file dispositional papers on the date

25  prescribed by the Court may be grounds for sanctions.").

26          The scheduling conference currently set for August 13,

27  2007, is rescheduled to commence at 9:00 a.m. on September 17,

28

1  2007.[1]  A joint status report shall be filed no later than fourteen

2  days before the scheduling conference.

3           IT IS SO ORDERED.

4  Dated:  July 27, 2007

5

6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 ─────────────────

26        [1]     The mere representation that an action has been settled
   does not justify removal of the action from a district court's
27  trial docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir.
   1987) (indicating that a representation that claims have been
28  settled does not necessarily establish the existence of a binding
   settlement agreement).

                                 2